

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2019

No. 04-19-00202-CV

**IN THE INTEREST OF H.E.W.M., A CHILD,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-443CCL
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On May 31, 2019, we abated the appeal and remanded the cause to the trial court with instructions to prepare findings of fact and conclusions of law on or before July 1, 2019. Since then, the district clerk has filed a supplemental clerk's record with a copy of the findings and conclusions. Because the appellate record is complete, we reinstate the appeal and **ORDER** appellant to file his brief **on or before JULY 22, 2019**. Appellee's brief is due thirty days after the appellant's brief is filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court